UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 12628 RGS

RULE INDUSTRIES, INC.

    *Plaintiff,*

v.

UNIFIED MARINE, INC.

    *Defendant.*

Civil Action No.:

JURY TRIAL DEMANDED

RECEIPT #_____
AMOUNT $ 150
SUMMONS ISSUED yes
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE 12/15/04

## COMPLAINT

This is an action for trade dress infringement and unfair competition under Section 43(a) of the Trademark Act of 1946, as amended, 15 U.S.C. § 1125(a), for common law trade dress infringement, and for unfair or deceptive acts or practices in violation of Chapter 93A of the General Laws.

### PARTIES

1. Plaintiff Rule Industries, Inc. ("Rule") is a Massachusetts corporation with a principal place of business at Cape Ann Industrial Park, Gloucester, Massachusetts 01930.

2. Defendant Unified Marine, Inc. ("Unified Marine") is a Florida corporation with a principal place of business at 1493 Railhead Boulevard, Naples, Florida 34110.

## JURISDICTION AND VENUE

3.  This Court has subject matter jurisdiction over the claims asserted in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because this case arises under the Trademark Act of 1946, 15 U.S.C. § 1051, et seq ("the Trademark Act" or "the Lanham Act"). This court has jurisdiction over Plaintiff's claims arising out of Defendant's violations of the common law and statutes of the Commonwealth of Massachusetts pursuant to 28 U.S.C. § 1338, and pursuant to the supplemental jurisdiction of the Court as described in 28 U.S.C. § 1367(a) in that those claims are so related to Plaintiff's claims under the Trademark Act that they form part of the same case or controversy under Article III of the United States Constitution.

4.  This Court has personal jurisdiction over the Defendant under the laws of Massachusetts, including one or more of the subsections of M.G.L. c. 223A, § 3 by virtue of, among other things, Defendant's transaction of business in the Commonwealth and Defendant's contracting to supply goods in the Commonwealth.

5.  Venue is proper in the District of Massachusetts under the provisions of 28 U.S.C. § 1391(b) because the defendant resides in this District within the meaning of those provisions, and the Defendant is subject to personal jurisdiction in this District.

2

## FACTUAL ALLEGATIONS

### Rule's Trade Dress

6.  Rule is an engineering and manufacturing company engaged in the production, marketing, and sale of boating equipment, including, *inter alia*, self contained electric motor driven submersible bilge pumps to move water in and from boats.

7.  Rule has sold its submersible bilge pumps since 1966 and is an industry leader in this field and in the field of boating equipment generally.

8.  Rule's submersible bilge pumps are among the most highly regarded and universally recognized submersible bilge pumps on the market.

9.  Rule markets a particular line of non-automatic, self contained electric motor driven submersible bilge pumps that comprise both square and cylindrically shaped housing configurations that are decorated with a distinctive tripartite red, white, and black or blue color scheme that identifies the pumps as coming from a particular source, namely Rule.

10. In the decorative tripartite color scheme, the top 1/3 of the pump housing is red, the middle 1/3 of the pump housing is white, and the bottom 1/3 of the pump housing is enclosed by a black or blue strainer base.

11. This decorative tripartite color scheme was intentionally adopted to provide Rule's bilge pumps with a distinctive red, white, and black or blue trade dress. True and correct copies of photographs of pumps distinguished by this trade dress are attached hereto as Exhibits 1, 2, 3 and 4.

3

12. Rule has been using the tripartite color scheme trade dress continuously on the non-automatic submersible bilge pump line it makes, markets and sells since at least as early as 1980.

13. Rule's inherently distinctive, tripartite color scheme is not essential to the use or function of the submersible bilge pumps and does not affect the quality of Rule's submersible bilge pumps.

14. Due to extensive and continuous use over a long period of time, the distinctive decorative tripartite color trade dress of Rule's bilge pumps has come to indicate to consumers that such submersible pumps originate from a single source, namely Rule.

15. For many years, Rule has made substantial efforts and expenditures in marketing its submersible bilge pumps in its catalogues, print advertising, and on its website, all of which depict Rule's distinctive trade dress, as well as at trade shows where samples of these products in their distinctive trade dress are exhibited.

## Unified Marine's Infringement of Rule's Trade Dress

16. Defendant Unified Marine is also engaged in the marketing and sale of boating equipment, including, *inter alia*, self contained electric motor driven submersible bilge pumps.

17. Unified Marine sells submersible bilge pumps that are made in China and marketed and sold in the U.S. that compete with the Rule submersible bilge pumps previously described herein.

18. Like the cylindrically shaped housing version of Rule's submersible bilge pumps, Unified Marine's housing is cylindrically shaped and has substantially the same exterior dimensions.

51288362_9.DOC  099984-44444
00406-38800
December 15, 2004 2:14 PM

19. The housing on Unified Marine's competing line of submersible bilge pumps is decorated with a red, white, and black color scheme that mimics the tripartite color scheme on Rule's bilge pump housings.

20. The top 1/3 of Unified Marine's bilge pump housing is red, the middle 1/3 of the pump housing is white, and the bottom 1/3 of the bilge pump housing is enclosed in a strainer that is black. True and correct copies of photographs of the Unified Marine bilge pumps are attached hereto as Exhibits 5 and 6.

## Unified Marine's Contacts with Massachusetts

21. According to Unified Marine's website, its marine accessories are sold by at least nine dealers located in Massachusetts.

22. Unified Marine's website contains an online catalogue through which consumers in Massachusetts and elsewhere are invited to place orders for Unified Marine's products.

23. Unified Marine's website also contains a "Smart Contact Form", an interactive link that permits persons accessing the site in Massachusetts and elsewhere to order Unified Marine product catalogues and submit questions about Unified Marine's products.

24. Through Unified Marine's interactive, order taking website link, Rule, from its Gloucester, Massachusetts headquarters, ordered a bilge pump from Unified Marine on or about July 8, 2004.

25. In response to the order placed through the website, Unified Marine had a submersible bilge pump shipped to Rule's headquarters at 1 Kondelin Road, Gloucester, Massachusetts 01930. A true and correct copy of a photograph of the Unified Marine pump that was shipped to Rule in Massachusetts (shown next to a Rule bilge pump) is attached hereto as Exhibit 7.

5

26. Unified Marine appears to have embarked on a concerted effort to market and sell other products infringing the distinctive trade dress of other Rule products; specific allegations about these other infringements may be added by amendment as they are discovered and confirmed.

## COUNT ONE
(Trade Dress Infringement Under the Lanham Act)

27. Plaintiff hereby incorporates by reference paragraphs 1-26 above as if fully set forth herein.

28. Unified Marine has designed, advertised, marketed and sold, and continues to design, advertise, market and sell its self contained, electric motor driven submersible bilge pumps packaged and assembled in a housing that is confusingly similar to the trade dress earlier adopted and continuously used by Rule.

29. Unified Marine's design, advertising, marketing, and sale of its self contained, submersible bilge pumps packaged in a housing that is so similar to Rule's trade dress is likely to cause confusion among consumers as to the source of such bilge pumps.

30. Unified Marine's unlawful conduct described above has been and continues to be in interstate commerce.

31. Unified Marine's actions constitute trade dress infringement likely to cause confusion, or to cause mistake, or to deceive consumers as to the affiliation, connection, or association of Unified Marine with Plaintiff, or as to the origin, sponsorship, or approval of Unified Marine's bilge pumps in violation of the Lanham Act, 15 U.S.C. § 1051 et seq., and more particularly, 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

32. Upon information and belief, Unified Marine's conduct has been intentional, willful, and knowing.

33. Rule has been and continues to be damaged by such confusion as a result, among other things, of losing sales of its products and the profits derived from those sales in an amount to be determined after discovery.

34. Unified Marine's conduct has caused and will continue to cause irreparable injury to Plaintiff and to the goodwill associated with Plaintiff's products and trade dress. Plaintiff will continue to be irreparably injured unless and until Unified Marine's conduct is enjoined by this Court, and Plaintiff has no adequate remedy at law.

### COUNT TWO
(Common Law Trade Dress Infringement)

35. Plaintiff hereby incorporates by reference paragraphs 1-34 above as if fully set forth herein.

36. The above-described conduct of Unified Marine constitutes common law trade dress infringement.

### COUNT THREE
(Violation of M.G.L. c. 93A)

37. Plaintiff hereby incorporates by reference paragraphs 1-36 above as if fully set forth herein.

38. At all relevant times, Unified Marine was engaged in trade or commerce within the meaning of Chapter 93A of the Massachusetts General Laws ("Chapter 93A").

7

39.  Unified Marine's intentional, willful, and unscrupulous actions in the extensive marketing and sale of its self contained, submersible bilge pumps with infringing trade dress in Massachusetts through its Massachusetts dealers and through its interactive website, as described above, constitute unfair or deceptive acts or practices in violation of Sections 2 and 11 of Chapter 93A.

40.  Unified Marine's actions constitute knowing and willful violations of Chapter 93A.

41.  As a result of Unified Marine's actions, Rule has suffered and continues to suffer a loss of money, as stated above.

## PRAYER FOR RELIEF

WHEREFORE, by virtue of the unlawful conduct of the Defendant as alleged in this complaint, Plaintiff respectfully prays that the Court grant the following relief:

(1)  under Counts I and II, enter an order permanently restraining the Defendant and each of its officers, agents, servants, employees, and all those in active concert or participation with it who receive actual notice of the order by personal service or otherwise, from using, in connection with the manufacture, advertising, promotion, displaying for sale, offering for sale, sale or distribution of its products, the red, white, and blue or black, cylindrical bilge pump housing or anything confusingly similar thereto, including the tripartite red, white, and black housing color scheme currently used on, *inter alia*, Defendant's bilge pump identified on Defendant's website as "Product Number 50010350" or any of Plaintiff's trade dress, or anything confusingly similar thereto;

(2)    under Counts I, II and III, award Plaintiff damages in an amount to be determined at trial;

(3)    under Count III, enter judgment in favor of Plaintiff, award Plaintiff its attorney's fees and costs, and determine that Defendant's conduct constitutes a willful and knowing violation of Chapter 93A, thereby entitling Plaintiff to not less than two times the amount of its actual damages and its reasonable attorney's fees;

(4)    award such other forms of relief and damages as the Court deems appropriate.

9

**JURY TRIAL DEMANDED**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury on all claims so triable.

                      Respectfully submitted,

                      PLAINTIFF, RULE INDUSTRIES, INC.,

                      By its attorney,

                      _____
                      J. Charles Mokriski, BBO# 560239
                      DAY, BERRY & HOWARD LLP
                      260 Franklin Street
                      Boston, MA 02110
                      (617) 345-4600

Dated: December 15, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)   Rule Industries, Inc. v. Unified Marine, Inc.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☒ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.    *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   ☐ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ☐ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒   NO ☐

   A. If YES, in which division do all of the non-governmental parties reside?
   Eastern Division ☒   Central Division ☐   Western Division ☐

   B. If NO, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
   Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a NOtice of Removal – are there any motions pending in the state court requiring the attention of this Court? (If YES, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   J. Charles Mokriski
ADDRESS   Day, Berry & Howard LLP, 260 Franklin Street, Boston, MA 02110
TELEPHONE NO.   617-345-4703

(Coversheetlocal.wpd - 10/17/02)

JS 44
(REV. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Rule Industries, Inc.

**DEFENDANTS**
Unified Marine, Inc.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Essex
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)**
J. Charles Mokriski (BBO #560239)
Day, Berry & Howard LLP
260 Franklin Street, Boston, MA 02110-3179
617-345-4703

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure Of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 820 Copyrights ☐ 830 Patent ☒ 840 Trademark | ☐ 810 Selective Service ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) ☐ 863 DWC/DIWW (405(g)) | ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Equipment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUES UNLESS DIVERSITY)
This is an action for trade dress infringement and related state law claims under 15 U.S.C. §1051 et. seq., The Lanham Act.

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $Injunctive relief and damages in an amount to be determined after discovery.
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE December 15, 2004
SIGNATURE OF ATTORNEY OF RECORD *J. Charles Mokriski*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# ITT Industries - RULE



## ITT Industries
*Engineered for life*

Members | Home | Company Profile | Product Information | Customer Service | Events / News | Site Map

For Trade Accounts Only
Please login to enter or check on your order
CLICK HERE


rule®
Submersible Bilge Pumps and Marine Accessories

Bilge Pumping Systems/ Non-Automatic Bilge Pumps




rule®

DANFORTH
Compasses

SUDBURY®
Boat Care Products

JABSCO
Marine and Industrial Pumps and Accessories

FLOJET®
Industrial and Marine and Beverage Products

JABSCO®
Deutschland

### Rule 500 GPH Non-Automatic PWC Pump with 6' Wire - 12 Volt DC

| Part Number | Capacity GPH | Watts | Volts | Amps @12v | Amps @13.6v | Fuse Size | Height (inches/mm) | Width (inches/mm) | Weight (lbs/kg) | Hose Diameter (inches/mm) | Panel Switches | Float Switches |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25D-6WC | 500 | - | 12DC | 1.9 | 2.5 | 2.5 | 3-1/2 (89) | 2-3/8 (60.3) | 0/10 (0.28) | 3/4 (19.0) | 49PWC | - |

file://C:\Documents%20and%20Settings\dawsonr\Local%20Settings\Temporary%20Internet%20Files\OLK1CF\DisplayItemD...   11/30/2004

Page 1 of 2



ITT Industries - RULE



# ITT Industries
*Engineered for life*

| Home | Company Profile | Product Information | Customer Service | Events / News | Site Map |



## Bilge Pumping Systems/ Non-Automatic Bilge Pumps



Members

For Trade Accounts Only
Please login to enter or
check on your order

CLICK HERE

rule
Submersible Bilge Pumps
and Marine Accessories

DANFORTH
Compasses

SUDBURY
Boat Care Products

JABSCO
Pumps and Accessories

FLOJET
Industrial, RV, Marine
and Beverage Products

JABSCO
Do it yourself

### Rule 500 Pump - 12 Volt DC

| Part Number | Capacity GPH | Watts | Volts | Amps @12v | Amps @13.6v | Fuse Size | Height (inches/mm) | Width (inches/mm) | Weight (lbs/kg) | Hose Diameter (inches/mm) | Panel Switches | Float Switches |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25D | 500 | 25D | 12DC | 1.9 | 2.5 | 2.5 | 3-1/2 (89) | 2-3/8 (60.3) | 0/9 (0.26) | 3/4 (19.0) | 41,43,45,49 | 35,37,40 |





file://C:\Documents%20and%20Settings\dawsonr\Local%20Settings\Temporary%20Internet%20Files\OLK1CFDisplayItemD...    11/30/2004

Page 1 of 2

**Unified marine, Inc Catalog**

You Are Here: Product Details

- **Pumps & Aerators ▾ Bilge Pumps**

Order | Buy Now From a Dealer!

**Bilge Pump**
**P/N 50010350**

| Size: | Size: 3/4 in Hose 12v |
| Detail: | Detail: 500 GPH |
| Color: | |

Item in Stock

**Brand: SeaSense**

The new submersible bilge pumps by SeaSense are tuff enough for any bilge. The stainless steel shaft, oversized motor, tinned marine grade wiring and heavy-duty nylon housing allow for years of carefree service. The heavy-duty nylon strainer base can be conveniently mounted on the bottom or side with the included stainless steel screws. The quick release feature of the pump to strainer allows for easy clean out should trash get around the strainer.

**Ships in 1 to 3 days.**
**Shipped UPS**

Dealer's Mall | Features



Search!

© 2002 UMS-Online.com All Rights Reserved



