UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RULE INDUSTRIES, INC. | )<br>)<br>) |
| *Plaintiff,* | ) Civil Action No.: |
| v. | )<br>) |
| UNIFIED MARINE, INC. | )<br>) 04 12628 RGS |
| *Defendant.* | )<br>) |

**PLAINTIFF RULE INDUSTRIES, INC.'S LOCAL
RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Plaintiff Rule Industries, Inc. hereby discloses that it is a wholly owned subsidiary of its parent corporation, ITT Industries, Inc.

Respectfully submitted,

PLAINTIFF, RULE INDUSTRIES, INC.,

By its attorney,

J. Charles Mokriski, BBO# 560239
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110
(617) 345-4600

Dated: December 15, 2004