UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RULE INDUSTRIES, INC. ) | |
| ) | |
| *Plaintiff,* ) | Civil Action No.: |
| v. ) | |
| ) | 04-12628 RGS |
| ) | |
| UNIFIED MARINE, INC. ) | |
| ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

## PROOF OF SERVICE

Pursuant to Fed. R. Civ. P. 4(l), the plaintiff, Rule Industries, Inc., respectfully submits proof that the complaint in this action was served upon the defendant, Unified Marine, Inc., 1485 Railhead Boulevard, Naples, Florida 34410 to the care of Steve Taugher, President of Unified Marine, Inc., on December 29, 2004, as set forth in the attached return of service.

        Respectfully submitted,

        PLAINTIFF, RULE INDUSTRIES, INC.,

        By its attorney,

            /s/ J. Charles Mokriski
        J. Charles Mokriski, BBO# 560239
        DAY, BERRY & HOWARD LLP
        260 Franklin Street
        Boston, MA 02110
        (617) 345-4600

Dated: December 30, 2004

## CERTIFICATION OF SERVICE

I, J. Charles Mokriski hereby certify that on December 30, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. THIS IS TO CERTIFY that a copy of the foregoing was sent via First Class U.S. Mail on this date to:

Steve Taugher
David B. Nirenberg
Unified Marine, Inc.
1485 Railhead Blvd.
Naples, FL 34110

           /s/ J. Charles Mokriski
        J. Charles Mokriski