AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Rule Industries, Inc.

V.

Unified Marine, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 12628 RGS

TO: (Name and address of Defendant)

David B. Nirenberg, President
Unified Marine, Inc.
1485 Railhead Boulevard
Naples, FL 34110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Charles Mokriski, Esq.
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within \_\_\_20\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DEC 15 2004
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/29/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lynette Yauk | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate, Steve Taugher, President of Unified Marine, Inc
1485 Railhead Blvd, Naples, FL 34110

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/29/04
             Date        Signature of Server

975 Imperial Golf Course Blvd
Address of Server
Naples, FL 34110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.