UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RULE INDUSTRIES, INC.                               Civil Action No. 04-12628RGS

    Plaintiff,

v.

UNIFIED MARINE, INC.

    Defendant.

## NOTICE OF APPEARANCE

    Please enter my appearance as counsel for the defendant Unified Marine, Inc.

    /s/ Stephen M. Perry
    Stephen M. Perry, BBO# 395955
    CASNER & EDWARDS, LLP
    303 Congress Street
    Boston, MA 02210
    Tel. (617) 426-5900

Dated: January 28, 20005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon all counsel of record by first class mail on January 28, 2005.

    /s/ Stephen M. Perry
    Stephen M. Perry

8420.0/343501.1