UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RULE INDUSTRIES, INC.
    Plaintiff,

v.                        Civil Action No. 04-12628RGS

UNIFIED MARINE, INC.

    Defendant.

**ASSENTED TO MOTION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The defendant, Unified Marine, Inc., hereby moves, with the assent of the plaintiff, for an order extending until February 14, 2005 the time by which United Marine, Inc. must file an answer the plaintiff's complaint. In support of this motion, the defendant states that more time is needed to prepare its response, and that notwithstanding this extension, the parties have scheduled a Rule 26(f) conference for February 8, 2005.

| Respectfully submitted, | Assented to: |
|---|---|
| UNIFIED MARINE, INC.<br>By its attorney, | RULE INDUSTRIES, INC.<br>By its attorney, |
| /s/ Stephen M. Perry<br>Stephen M. Perry, Esq.<br>BBO #395955<br>CASNER & EDWARDS, LLP<br>303 Congress Street, 2nd Floor<br>Boston, MA 02110<br>(617) 426-5900 | /s/ J. Charles Mokriski<br>J. Charles Mokriski, Esq.<br>BBO #560239<br>Day Berry & Howard, LLP<br>260 Franklin Street<br>Boston, MA 02108<br>(617) 345-4600 |
| Dated: January 28, 2005 | Dated: January 28, 2005 |

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon all counsel of record by first class mail on January 28, 2005.

/s/ Stephen M. Perry
Stephen M. Perry

8420.0/343319.1