UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RULE INDUSTRIES, INC.
    Plaintiff,

v.                                          Civil Action No. 04-12628RGS

UNIFIED MARINE, INC.
    Defendant.

### ANSWER OF DEFENDANT UNIFIED MARINE, INC.

The defendant, Unified Marine, Inc., hereby answers the allegations of plaintiff's complaint, paragraph by paragraph, as follows:

The introductory paragraph of the complaint does not contain averments of fact requiring a response. To the extent a response is deemed required, defendant admits that the action purports to be for the claims described, but denies that plaintiff is entitled to prevail on any such claims.

    1.    Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 1.

    2.    Admitted.

    3.    Defendant states that the allegations of paragraph 3 consist of conclusions of law, rather than averments of fact, to which no response is required.

    4.    Denied.

    5.    Denied.

    6.    Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 6.

7. Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 7.

8. Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 8.

9. Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 9.

10. Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 10.

11. Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 11.

12. Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 12.

13. Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 13.

14. Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 14.

15. Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 15.

16. Admitted.

17. Defendant admits the allegations of paragraph 17, except defendant lacks information or knowledge sufficient to form a belief as to whether its pumps "compete with the Rule submersible bilge pumps previously described herein."

18. Defendant admits the allegations of paragraph 18, except defendant lacks information or knowledge sufficient to form a belief as to whether defendant's pumps have "substantially the same" exterior dimensions as plaintiff's pumps within the meaning of plaintiff's allegation.

19. Defendant admits that it has sold pumps decorated with a red, white and black color scheme but otherwise denies the allegations of paragraph 19.

20. Defendant admits that it has sold pumps that bear the colors described in the first sentence of paragraph 20, and admits that the photographs attached as Exhibits 5 and 6 are of its pumps.

21. Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 21.

22. Admitted.

23. Admitted.

24. Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 24.

25. Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 25.

26. Denied.

## COUNT ONE

27. Defendant incorporates by reference its responses to the allegations of paragraphs 1 through 26.

28. Denied.

29. Denied.

30. Defendant admits that it is engaged in interstate commerce but otherwise denies the allegations of paragraph 30.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

## COUNT TWO

35. Defendant incorporates by reference its responses to the allegations of paragraphs 1 through 34.

36. Denied.

## COUNT THREE

37. Defendant incorporates by reference its responses to the allegations of paragraphs 1 through 36.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

## SECOND DEFENSE

The complaint fails to state a claim against defendant upon which relief may be granted.

## THIRD DEFENSE

This Court lacks personal jurisdiction over the defendant.

### FOURTH DEFENSE

Venue in this judicial district is improper.

### FIFTH DEFENSE

Service of process was defective, insufficient and/or unauthorized.

### SIXTH DEFENSE

Any harm that plaintiff suffered by virtue of its purchase of defendant's products was self-inflicted and cannot form the basis for a claim or for the establishment of venue or jurisdiction in this court.

### SEVENTH DEFENSE

Plaintiff is barred by the doctrines of estoppel and waiver from bringing its claim.

### EIGHTH DEFENSE

Plaintiff brought this case in an inconvenient forum.

### NINTH DEFENSE

The acts and practices complained of did not take place substantially and principally in the Commonwealth of Massachusetts.

### TENTH DEFENSE

Prior to the filing of its answer, defendant made to the plaintiff a reasonable offer of settlement, which bars any claim for multiple damages under c. 93A, assuming arguendo that that statute would otherwise apply to this action.

WHEREFORE, defendant respectfully requests that the Court dismiss the plaintiff's complaint and award defendant its costs and expenses, including reasonable attorneys' fees.

**DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE**

5

Respectfully submitted,

UNIFIED MARINE, INC.
By its attorney,


/s/ Stephen M. Perry
Stephen M. Perry, Esq.
BBO #395955
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02110
(617) 426-5900

Dated: February 14, 2005


8420.0/344867.1