UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RULE INDUSTRIES, INC.
    Plaintiff,

v.                                            Civil Action No. 04-12628RGS

UNIFIED MARINE, INC.

    Defendant.

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii), the parties to the above-entitled matter hereby stipulate that all claims are hereby dismissed with prejudice and without costs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| UNIFIED MARINE, INC. | RULE INDUSTRIES, INC. |
| By its attorney, | By its attorney, |
| | |
| /s/ Stephen M. Perry | /s/ J. Charles Mokriski |
| Stephen M. Perry, Esq. | J. Charles Mokriski, Esq. |
| BBO #395955 | BBO #560239 |
| CASNER & EDWARDS, LLP | Day Berry & Howard, LLP |
| 303 Congress Street, 2nd Floor | 260 Franklin Street |
| Boston, MA 02110 | Boston, MA 02108 |
| (617) 426-5900 | (617) 345-4600 |
| | |
| Dated: April 27, 2005 | Dated: April 27, 2005 |